AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 20-cv-6271

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* DmA, Inc.
was received by me on *(date)* 1/01/21 @ 12:23 P.M.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Rohit Sharma, in Person, who is designated by law to accept service of process on behalf of *(name of organization)* DmA, Inc. @ 3015 E. Randol Mill Rd. Arlington, Tx. 76011 on *(date)* 1/05/21 @ 2:48 P.M.

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: Rohit Sharma is the owner of DMA, Inc.

My fees are $ invoiced for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: January 01-2021

*Server's signature*

Certified Process Server Holly Wicker
*Printed name and title*

234 NE Moody St Burleson Tx 76028
*Server's address*

Additional information regarding attempted service, etc: PSC # 9082
exp 8/31/22